# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA :

: Cr. 20-367(PGS)

:

V. :

: ORDER

:

VERDELL RASHAAN JONES

:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 20th, day of March 2023,

O R D E R E D that Federal Public Defender Benjamin J. West, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender